United States District Court
For The District Of Columbia

**FILED**

MAR 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff
Michael Jackson 11373-007
P.O.Box 630
Winton, N.C.27986


     V.                           Civil Action Case_____


Defendant
Federal Bureau Of Prisons
320 First St. N.W.
Washington, D.C.20534

Defendant
Harley Lappin (BOP) Director
320 First St. N.W.
Washington DC.20534

CASE NUMBER   1:06CV00592

JUDGE: Gladys Kessler

DECK TYPE: Pro se General Civil

DATE STAMP: 03/30/2006

Defendant
The G.E.O. Group Inc.
145 Parker's Fishery Rd
Winton, NC.27986

Defendant
David Farmer (Asst. Warden) RCI.
145 Parker's Fishery Rd.
Winton, NC.27986

Defendant
James K. Brown (Inst. Chaplain) RCI.
145 Parker's Fishery Rd.
Winton,NC.27986


                Plaintiff's Complaint Pursuant To The Religious
                Land Use And Institutionalized Person's Act of 2000,
                42 U.S.C. 2000CC

  Now comes the Plaintiff Michael Jackson 11373-007 with a complaint under
The Religious Land Use And Institutionalized Person's Act of 2000, 42 U.S.C.
2000CC. The Plaintiff asserts that the named defendants in this action Denied
the Plaintiff his Right to a Proper religious diet. And by doing so have vio
lated the afore mentioned Federal Law for which this action is being brought
under. Also they have violated 28 C.F.R.548.20,D.C.Code 24-101 The Revital--
ization Act 1997,The Contract(See Contract J1PCc-005) and Institutional Policy
1:001 Mission Statement, *(See next page)*


# RECEIVED

MAR 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

                                                       1

p-2

and RCI.policy 15.003,(BOP)policies 5360.08,4700.04 on religious
diets. As a part of this claim I the Plaintiff Michael Jackson
am a practicing Muslim was exposed to Pork at this (RCI) suppos-
ingly NON-Pork institution,this is a violation to this Plaintiff's
religious belief (see Holy Quran Chapter5,verse3) and institution
policy 15.002-009. The next pages contain an account of the incident
that brought about this action.


I declare under penalty of perjury that the foregoing is True to the best
of my knowledge.

                                    Respectfully Submitted,
                                    Michael Jackson 11373-007
                                    PO. Box 630
                                    Winton,N.C.27986

P-3

# The Complaint (Incident Report)

On or about 7-5-05 I entered the dinning hall at RCI during the serving of special diets to recieve my tray for the evening meal. As I recieved my tray I placed it on the table and sat down to eat when I noticed a particular oder on my tray. I then asked one of the inmate kitchen orderly's about the food being served he stated that some of it was left over from what was served earlier in the day. Some items were from left over foods from staff dinning. I then asked which items were from staff dinning, he refered me to a civilian stewardess who confirmed what the orderly told, then I asked about the beans on my tray were they from staff dinning. I was told yes by the stewardess, I asked what kind of beans they were and the orderly said, "pinto beans with pork," I looked at the stewardess who confirmed that statement with her actions. She took my tray and pushed it through the wash room window and took my I.D. and prepared me another tray (without) beans being present. I then filed a grievance to which the response confirmed there was (pork) served to the staff. (see informal resolution form exhibit 1)

I ~~requested~~ requested a proper religious diet as stated in both C.F.R. 548.20, and B.O.P.s 5360.08 and 4700.04. They clearly state that in all mentioned CFR and BOP policy statements the level and types of diet that is provided. I was denied at every level of the RCI grievance procedure and ultimately denied by the BOP. (see all grievance RCI dubbed exhibit 2) (BOP denials exhibit 3). I made every attempt at a resolution to give proper opportunity for an acceptable remedy.

I met with the institution chaplain James k. Brown and stated my religious beliefs and its practices he acknowledged them but was and is not clear on how the practices are developed and followed. I am for the record a practicing Sunni Muslim. My religion has strict dietary laws and requirements, (see Holy Quran chapter 5, verses 3-6) After explaining in detail to the chaplain about my religion's dietary requirements he still denied my request. Here at Rivers corr. Inst. there are approximately four people practicing Judism and atleast two who recieved a kosher meal. The chaplain has neglected to provide the Muslim community at Rivers with a proper and fair opportunity to observe a specific (tenet of faith) for which there is no certain security or orderly running of the institution intrest that would be violated.

Next I met with the Asst. Warden David Farmer who after denial of my grievance called me to his office. There I pointed out the issues clearly and pointed out the various violations against institution policy RCI/GEO policy 15.003 and BOPps 5360.08 and 4700.04 and the violation to CFR.548.20 and the federal law for which this action is being brought. He called the BOP and (they) the BOP confirmed the dietary program and its contents. Farmer then called the chaplain. Who stated that the food at RCI is (Halal) at that point I explained to the Asst. Warden that the chaplain was (not) clear on what makes food Halal and that the only alternative was a cheese and peanut butter diet that this institution calls a vegie diet for health.

P-5

Asst. Warden Farmer after the calls to the BOP and reviewing the policy refused to correct this matter.

Now clearly after grieving this matter and recieving the proof that pork entered the institution and was served, (see informal resolution responses dubbed exhibit 1), And then recieving conflicting answers on the grievances, I moved on to the BOP with my complaint. As my chief custodian it is the BOP's responsibility to remedy the situation. Under the 1997 Revitalization Act, congress placed all D.C. Dept of Corr. inmates in the custody and care of the Berreau of Prisons. The Revitalization Act entails detailed statements that the D.C.DC. inmates are in the care and custody of the BOP. who made and signed a private contract with the then Wackenhut Corp. and the now GEO Group. Inc. I filed a BP-229 and the response was a rejection stating I need to remedy my grievance with Rivers (see BP-229 and response) I further addressed the BOP General counsel office recieving the same response. (see BP-230)

Now this plaintiff after exhausting all possible remedies bring this action to this honorable court for resolution.

Summery

1) The chaplain at Rivers violated The Religious Land Use and Institutionalized
Persons Act of 2000 and 28 C.F.R. 548.20 when he denied the Plaintiff a pro-
per religious diet based on BOP and GEO/RCI policies (see Appendex-1) The,
Chaplain is recognized as defendant (5)

2) The Asst. Warden violated The Religious Land Use and Institutionalized Person
Act of 2000 and 28 C.F.R. 548.20 when he denied the Plaintiff his right to a,
proper religious diet based on BOP,GEO/RCI. policies.(see Appendex-1) The Asst.
Warden is recognized as defendant (4)

3) The GEO Group violated All the afore mentioned Laws,Regulations,and Policies,
along with the contract between Itself and the Bureau of Prisons when It fail to
provide the Plaintiff with what was requested (religious diet) under Law a tenet
of Plaintiff's faith. (Islam). GEO is recognized as defendant (3)

4) Harley Lappin BOP Director failed to provide the proper care as stated in,
D.C.Code 24-101 the Revitalization Act 1997 and in his official copacity failed,
to keep in compliance with the Contract (J1PCc-005). He is recognized as defend-
ant (2)

5) The Bureau of Prisons violated The Religious Land Use and Institutionalized
Persons Act of 2000 and 28C.F.R548.20 when it denied Plaintiff's grievances,
(see Exhibit 3) and failed to provide proper care based on D.C.code 24-101 The
Revitalization Act 1997, and further violated it's own policies on religious
diets (see Appendix-1) and are recognized as defendant (1) Also the BOP failed,
to keep in Compliance with the Contract between itself and GEO (see Contract
J1PCc-005).


I declare under penalty of perjury that the foregoing is true to the best of
my knowledge.

Respectfully Submitted,

*Michael Jackson*

11373-007

United States District Court
For The District Of Columbia

Appendex-1

1) 42 U.S.C. 2000CC, The Religious Land Use and Institutionalized Person's Act of 2000. States that an institution can not place a substancial burden on a, religious exercise EXCEPT that such a burden is the LEAST RESTRICTIVE means, possible. There is no danger to any penalogical intrest in providing this Plaintiff with a proper religious diet.

2) D.C. Code 24-101 The Revitalization Act 1997. Gives expressed authority to, the Bureau of Prisons saying that the BOP shall assume custody of all D.C. Code offenders and are responsible for the care and general welfare of these offender

3) 28 C.F.R. 548.20 states that a religious diet program will be established for those inmates whose religious beliefs require a strict dietary requirement.

4) The Contract; (J1PCc-005) (Between BOP & GEO) pages 6 lines 31-39 and 7 lines 1-6 GEO agreed to follow all Federal Laws and Regulations.

5) GEO/RCI policy 1.001 Mission Statement
GEO/RCI will provide PROGRAMS at least Equal to the Bureau of Prisons.

6) BOP policy 5360.08 states that a religious diet program has been established, and who it is available too. (Muslims, Jews, Rastaferians, ect...)

7) BOP policy 4700.04 states the general policy structure for the religious diet program in Chapter 7. It states "Religious Groups" and "Equity to All" so as to say all legally recognized religions who have strict dietary needs that can not be met on the mainline are who this program was constructed for.

8) GEO/RCI policy 15.002-009 govern food service at Rivers 15.003 talks about, religious diets and is along the same lines as (BOP ps.4700.04 Ch.7)

1) I want the proper religious diet program established here at RCI and, made properly available to those individual faith groups who have strict dietary requirements as a tenet of their faith. (see BOP ps.5360.08) Groups whose faith is described in the C.F.R. 548.20 are Jews,Muslims,Rastarfarians, ECT... Also see BOP ps.4700.04

2) Because of the expenses involved in this action financial compensation for the legal fees in the amount required for such fees. $250.00

3) Because of Gross Negligence on the part of The GEO Group for allowing this, incident to occur (ordering and serving of items containing pork) in this supposingly non-pork institution,by doing this they exposed this plaintiff to this direct violation of his faith. Punitive in an amount of $1000.00 to be paid to this plaintiff.

4) For direct disregard for policy both institutional and Bureau of Prisons as well as the Federal Regulation and the Religious Land Use and Institutionalized Persons Act of 2000, See 42 U.S.C.2000CC, C.F.R548.20,BOP ps.5360.08,4700.04, GEO/RCI policy 15.003 The defendants Asst. Warden David Farmer and Inst. Chaplain James Brown both shall pay as Punitive for damages done as a result of their actions (disregard and negligence) of the afore mentioned rules and laws an amount individually not less than $1000.00 to be paid to the plaintiff.

5) Because the BOP is my chief custodian (see Revitalization Act 1997) they in their legal capacity failed to ensure my proper care and general welfare here at Rivers and do to this failure this plaintiff's rights under The Religious Land Use and Institutionalized Persons Act and C.F.R.548.20 were severely violated Punitive damages in the amount $1000.00


    As it stand the BOP is responsible for my care and general welfare and so are liable under this action.
    Also the GEO group has agreed to a contract with the BOP agreeing to follow, all Federal Laws and Regulations (see contract J1PCc-005 page 6 lines 31-39) there by becoming liable under this action.
    Also the individual named defendants (Harley Lappin,James Brown,and David Farmer) all who act as agents of the BOP and or The GEO Group areliable under this action. (see Revitalization Act 1997, The Religious Land Use and Institutionalized Persons Act of 2000, and the contract between BOP and GEO Group J1PCc-005).
    Harley Lappin was not mentioned in the above sought remedy however he is not to be left out he is to pay punitive damages in the amount equal to the other defendants. $1000.00


                   Respectfully Submitted,

                   _Michael Jackson_ J1373-007

### GEO/RCI ATTEMPT AT INFORMAL RESOLUTION
### (Request for Administrative Remedy)



RECEIVED
JUL 0 5 2005

Date Rcv'd _AB_
(Staff)

A-2005-011

To: _Ms. Holloman_
(Counselor)

---

1.  Write in this space, briefly, your complaint. Include all details and facts which support your request.

My complaint is in blunt, in the kitchen it has been made (known) to me that specific items such as the pinto beans contain pork products or pork itself, there are a number of items which contain pork that are being used/ Also in conjunction certain foods being served in the kitchen have not passed a USDA food inspection and wear labels stating (ship only to Mexico) and further the food being prepared and served is not healthy or being kept in a sanitary environment

2.  What action do you wish to be taken to correct the situation?  by exposing me to pork

Monetary compensation for violating my religious tenets, products and no for kitchen supervisor to form a proper commonfare diet, so as to have what is called a proper religious diet as stated in 5360 series of the BOP policy statements concerning religious practice and diets.

_Michael Jackson_                _11373-007_        _C-1 217_        _7-5-05_
Inmate Name/Signature          Reg. No.          Unit/Bed          Date

3.  State Clearly staff efforts to resolve the matter informally. Be specific, but brief and provide to inmate.

Pinto Beans served to inmates are dry beans. The beans in question are for staff use only. Food cannot be purchased by this facility unless it passes USDA approval.

06 0592

Exhibit (1)

***********************************                                    **************** FILED

The Informal Resolution Was    Because this response is in    above noted reason.       MAR 3 0 2006

_Michael Jackson_                total conflict with the other
Inmate Signature               RCI grievance's responses =    7-6-05  NANCY MAYER WHITTINGTON, CLERK
                               and because it alone confirms         U.S. DISTRICT COURT
                               my complaint pork entered and         Date
                               was served at this institution
                               it earned exhibit (1)                 Revised 01/21/04
                                                                     pch

DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

| (Name and Title of Staff Member Mr christenson | DATE: 10-6-05 |
|---|---|
| B.O.P. Contract Specialist | |
| Michael Jackson | REGISTER NO: 11373-007 |
| IGNMENT: log | UNIT: C-1 |

(Briefly state your question or concern and the solution you are requesting.
e on back, if necessary. Your failure to be specific may result in no action being
. If necessary, you will be interviewed in order to successfully respond to your
uest.)

I am requesting after a step two remedy denial the next level grievance to the BOP

(Do not write below this line)

DISPOSITION:

Please see your unit staff for any needed forms. Also, it would be advisable to inquire with them if it is an appealable concern.

| Signature Staff Member | Date 10/11/05 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Administrative Remedy
Step 2 – Response

Date Filed: 8-18-05                    Remedy ID No. 05-211

Jackson, Michael
#11373-007

This is in response to your Step 2 Administrative Remedy dated August 16, 2005 which you allege that you were misunderstood concerning the answer you received in the Step 1 Administrative Remedy in reference to a common fair diet and pork served at this institution.

A case of pinto beans which contained pork was received into the facility. That case of beans was immediately disposed of and not served to the population. This is a pork free facility and the Food Service Department will continue to order pork free food and inspect products when they arrive at this facility.

The diet served at this institution have been approved by the American Diabetes Association and implemented by GEO Corporate Dietitian. It is called a Diet For Health which consist of approximately 2200-2600 calories.

After a thorough review of the circumstances pertaining to your requested Administrative Remedy, we find that there is no evidence to support your grievance.

Based on the above information and facts, your request for Step 2 Administrative Remedy is denied. You have exhausted all of your Administrative Remedies at this level.

_8-19-05_
Date

_George Snyder, Warden_

06 0592

Exhibit (2)

All RCI Grievances
Are dubbed exhibit 2
except the informal
Resolution

**FILED**

MAR 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**Correctional Programs**
**Administrative Remedies**

# Rivers Correctional Institution
## Step 2 Administrative Remedy Form
Paso 1Forma De Remedio Administrativo

| | |
|---|---|
| Name: Michael Jackson<br>Nombre: | Number: 11373-007<br>Numero: |
| Date: 8-16-05<br>Fecha: | Housing Assignment: c-1 217c<br>Unidad Asignada: |

| For Official Use Only - Para Uso Oficial Solamente | | | |
|---|---|---|---|
| Date Rec'd:<br>8/16/05 | Complaint #:<br>05-211 | Staff Assigned:<br>Phillips | Date Due:<br>8/23/05 |

| Complaint - Reclamo |
|---|

Describe your complaint in the section below. Be as concise as possible, but be sure to include enough identifying data to assist in through investigation (e.g. dates, names, locations, times, etc....). Attach one (1)additional page if necessary.

Describa su telaino en la seccion de abajo. Dea lo mas breve posible, pero asegurese de incluir suficiente informacion para asistir en una completa investigacion (pe.. Fechas, nombres, ubicaciones, tiempos, etc....). Agregue una pagina si es necesario.

Obviously I've been grossly misunderstood so I will be blunt: one I cited a BOP policy about commettifre diet which is another name for Religious Diet BOP ps. 5360.07 - now 5360.08, two; there were beans containing pork served in this institution and Geo policy procedure 15.003 says (no Pork) will be served as I stated it was used to substitute an item that ran out at dinner back in June / early July. The direct issue is I am a Sunni Muslim my religion requires strict dietary requirements. Food has to be properly slaughtered and prepared as stated in the Holy Quran chapter 5:3 and verse 6. either Halal food or Kosher. RCI policy 15.003 states the religious diet policy clearly so does Geo policy Procedure 14.1.2 - so does BOP 5360.08. I wrote every official who has something to do with this issue and every time I was either sent to someone else or simply missunderstood I was directly disrespected by Ms. Wolfe because I sent her a

Michael Jackson
**Inmate Signature**

staff request concerning this issue.

I am requesting that a proper Religious diet be established based on the afore mentioned policys.

Administrative Remedy
Step 1 – Response

Date Filed: 7-26-05                          Remedy ID No. 05-211
Jackson, Michael
11373-007

This is in response to your Step 1 Administrative Remedy dated July 26, 2005 in
which you allege that you were exposed to pork.  Specifically, you are requesting
to be compensated.

A case of pinto beans which contained pork was received into the facility.  That
case of beans was immediately disposed of and not served to the population.

This is a pork free facility and the Food Service Department will continue to order
pork free food and inspect products when they arrive at this facility.

The diet that is served at this institution is a common fare diet.  It is called a Diet
For Health which consist of approximately 2200-2600 calories, the required
amount of  calories for any inmate on a special diet at this institution, which has
been approved by the American Diabetes Association and implemented by our
corporate licensed dietitian.

Your remedy is denied.

If you are not satisfied with this response, you may obtain a Step 2 from your
counselor.  As per R.I. 12.006, Administrative Remedies, "Step 2 forms" must
be completed and submitted within five (5) days of the date of the Step 1
response.

_____8/9/05_____                    _____
        Date                            Julian Phillips, Business Manager



**GEO**
GLOBAL EXPERTISE IN OUTSOURCING

**Correctional Programs
Administrative Remedies**

## Rivers Correctional Institution
### Step 1 Administrative Remedy Form
Paso 1Forma De Remedio Administrativo

| Name: Michael Jackson<br>Nombre: | Number: 11373-007<br>Numero: |
|---|---|
| Date: 7-26-05<br>Fecha: | Housing Assignment: C-1 217L<br>Unidad Asignada: |

| For Official Use Only - Para Uso Oficial Solamente | | | |
|---|---|---|---|
| Date Rec'd:<br>7/26/05 | Complaint #:<br>05-____-211<br>PH | Staff Assigned:<br>Phillips | Date Due:<br>8/8/05 |

| Complaint - Reclamo |
|---|

Describe your complaint in the section below. Be as concise as possible, but be sure to include enough identifying data to assist in through investigation (e.g. dates, names, locations, times, etc....) Attach one (1)additional page if necessary, and the Informal Resolution Form with any other supporting documentation.

Describa su telaino en la seccion de abajo. Dea lo mas breve posible, pero asegurese de incluir suficiente informacion para asistir en una completa investigacion (pe.. Fechas, nombres, ubicaciones, tiempos, etc....) Agregue una pagina si es necesario.

My complaint was not properly addressed as it stands I was exposed to pork in some of the food that was served to a dinner meal the item which contained the pork was atleast; (Pinto beans with Pork) and after further review my issue about the Common Fare diet BOP. PS-5360.08 was left unremarked and totally un addressed. See BOP. PS. 5360.08 and the issues on the informal complaint. I have addressed both issues with kitchen staff who assured me the pork will not be served again but as I stated it didn't happen on her shift. Therefore it could happen again and do to the nature of my diets I could very well be exposed again.

_Michael Jackson_
Inmate Signature

Department of Justice
**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Jackson Michael T.  1873-007  C-1 217L  Rivers Corr Inst
  LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL** The reason for appeal is simple. The incident I stated did occur (see informal Response). And after speaking with various staff (those involved) my sought after remedy is based soley on policy see step 1, and step 2 I clarified my intention in my step 2 but was again totally misunderstood. I simply asked the institution to follow its own policy (RCI policy 15.003) or (GEO policy) # 14.12 or (BOP policy 5360.08) based on the first establishment of a proper religious diet, then making it openly available to those whom it applied too. So as to one allow proper practice of one's religion and to safe guard against nomallyes from being Exposed to things which violate one's faith.

10-18-05  _Michael Jackson_
  DATE        SIGNATURE OF REQUESTER

**Part B - RESPONSE**

Exhibit (3)

All BOP Level grievances are dubbed exhibit (3)

06 0592
**FILED**

MAR 30 2006

NANCY MAYER WHITTINGTON, CLERK
REGIONAL DIRECTOR DISTRICT COURT
received in the General Counsel's Office within 30 calendar

  DATE
If dissatisfied with this response, you may appeal days of the date of this response.
FIRST COPY: REGIONAL FILE COPY        CASE NUMBER: 393451-R1

**Part C - RECEIPT**        11 8 05  KSP    CASE NUMBER:

Return to: _____
  LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION
SUBJECT: _____

  DATE        SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN
BP-230(13)
JUNE 2002

Attachment

Also Rivers provides for four Jewish inmates the kosher diet that their religious laws dictate, the Holy Quran has pointed out that a muslim's diet consist of halal or kosher foods only. (see Holy Quran chapter 5:3-5). Rivers has shown religious discrimination by providing the Jews with a proper religious diet and not providing the religious diet with respect to the sunni Muslim community at Rivers. As the custodian the BOP is responsible for the D.C.DC. felons housed at GEO/Rivers and Rivers has failed to act accordingly. I have grieved this matter through each of the steps and each time the replies were one: erroneous and showed that the respondant was very superficial with the issuies, and two: no real investigation occuried because the (informal) response ~~above~~ admitted that pork was served, and the (formal) responses claim it was not. Which obviously shows a contradiction further my request to establish a proper religious diet for the muslims based on policy and regulation as well as law should have been granted ~~without~~ me having ~~to come~~ to this level. It is with regret that I had to ~~write~~ this but since GEO/Rivers has failed to fullfill their responsibilities in this capacity. It is the BOP who must enforce its policy and remind GEO/Rivers of its obligations. As I stated in the grievances the issue about the (pork beans) is simply a ~~vehicle~~ vehicle for the main issue the establishment of a proper BOP established 'Religious Diet'.

Michael Jackson 11373-007
P.O. box 630
Winton, NC. 27986

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __Jackson    Michael    T.__    __11373-007__    __C-A (217)__    __Rivers__
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　　UNIT　　　　INSTITUTION

**Part A - REASON FOR APPEAL** I am appealing the management and institution's decision because of the following. The management department for the contract privatization branch stated this is not a BOP issue and that I should settle this here at Rivers (see the contract privatization's response) However this is clearly a matter of the BOP one it was the BOP who took/has custody of me (via Revitalization Act 1997) and in being in the BOPs custody means by law they/BOP must provide for me and OCDC prisoners in their custody as stated in the (Revitalization Act 1997) as they provide for prisoners in the BOPs prisons. It was the BOP who contracted the OCDC prisoners to GEO (see contract RCI contract #JIPC-005) And based on the contract GEO (Rivers) has agreed to follow the BOP rules and regulations along with All federal laws and regulation and state and local laws. GEO (Rivers) has failed clearly to follow the BOPs rules in the following program statements and has failed to follow its own policies. BOP p.s 5360.08, 4700.04 both in concert of the establishment of a Religious Diet program for the Sunni Muslim community here at Rivers. The GEO policies are as followed: RCI policy 15.003, GEO policy procedure manual 14.1.2. All of which state that a Religious Diet should be established and set an acceptable standard. BOP p.s 4700.04 chapter (7) page (1) details that diets requirements Also CFR 545.20 stated what all the forgoing policies state. As the legal custodian of All OCDC prisoners it is the BOPs responsibility to enforce its policies here in Rivers and to make sure that Rivers GEO follows it's own policies properly.

__11-29-05__
　　DATE

__Michael Jackson__
　SIGNATURE OF REQUESTER

**Part B - RESPONSE**

Michael T.
11373-007

RECEIVED
DEC 13 2005
ADMINISTRATIVE REMEDY SECTION

---

_____
　　DATE

_____
　GENERAL COUNSEL

FIRST COPY: WASHINGTON FILE COPY

CASE NUMBER: __393451__

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
　　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION
SUBJECT: _____

_____
　　DATE

_____
　SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN-LVN

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: DECEMBER 14, 2005

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : MICHAEL TITO JACKSON, 11373-007
      RIVERS CI    UNT: C    QTR: C01-217L
      P.O. BOX 840
      WINTON,  NC 27986

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 393451-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED   : DECEMBER 13, 2005
SUBJECT 1       : RLGS FOOD:CERTIFIED/NON-FLESH - DELIVERY/PREPARATION OF
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REMARKS         : WE CONCUR WITH THE PRIVATIZATION MANAGEMENT BRANCH.
                  YOU WILL NEED TO ADDRESS THIS ISSUE WITH RCI.

To; The Office of Gener   Counsel

From; Michael Jackson 11373-007


I address this matter for the third time to this office so I will be very brief but very direct. This office rejected this writer's appeal for relief in the issue of 'religious diet' and this writer's right to said diet; saying that you concur with the privatization management branch. Their response is totally absurd they state that I should use the grievance precedure here at Rivers. I have already exhausted all remedies at Rivers which is why I am address this matter to this office. Not only does this answer not have any substance it further shows that no one is reading my complaint. Simply put I have pointed out my religious rights have been violated (see informal response) I was exposed to 'pork' and they provide the diet to the Jews here at Rivers. I requested a proper religious diet (see all grievances at Rivers' level) I point out that this plain religious descrimination (see attachment to complaint BP-230 (13), I show that the BOP has the power to remedy my complain Also I point to the fact that I am NOT requesting a non flesh diet I am requesting a religious diet as stated in 28 C.F.R. 548.20,BOPps.5360.08,4700.04 It is the BOP's responsibilty under law (see 1997 Revitalization Act) to insure that GEO/RCI follows the contract that it agreed to with the BOP.(see contract BOP-RCI/GEO contract¢J1pc-005) GEO agreed to follow all Federal laws and Regulations and has renigged to do so. Now it is up to the BOP as my legal custodian to grant relief,(see Civil Action Case¢01-01895 Isadore Gartrell vs. John Ashcroft) in which the BOP being the legal custodian of contracted DC inmates were found liable for the religious rights of the contracted inmates who's rights were being violated by a policy of the contracted facility. The District Court compelled the BOP to grant relief. It is this writer's legal opinion that this incident is reminiscent of those in (Gartell v Ashcroft). So I again submit my complain and request the sought after relief of; The establishment of a properly certified Religious Diet as stated in 28 CFR 548.20,BOPps.5360.08 and 4700.04. Or I may be forced to bring this matter to the District Court's attention.

Respectfully Submitted,

Michael Jackson 11373-007



DELIVERED JUL 2 5 2005

## Rivers Correctional Institution

Date:      July 21, 2005

To:        Jackson, Michael
           Reg# 11373-007

This is in response to your Inmate Request to Staff dated July 14, 2005 in which you are inquiring about a common fare diet.

The diet that is served at this institution is a common fare diet. It is called a Diet For Health which consist of approximately 2200-2600 calories per day. The required amount of calories are approved by the American Diabetes Association.

This is a pork free facility and before any special diet can be implemented by the Food Service Department the Chaplin must approve them. (Vegetarian and religious meals)

7-22-05
Date

George Snyder, Warden

RECEIVED 7-26-05



**U.S. Department of Justice**

*Federal Bureau of Prisons*

---

Jackson, Michael
Reg. No.: 11373-007
Unit: C01-217L

## Inmate Request to Staff Member Response

This is in response to your Inmate Request to Staff dated July 14, 2005, wherein you request that you be given a Common-Fare diet in lieu of the religious diet offered at Rivers.

This request should be addressed by an official at the Rivers Correctional Institution. Therefore, I am forwarding your request to the Warden to obtain an appropriate response to your concerns.

_____          7/20/05
Thomas R. Christensen              Date
Senior Secure Institution Manager

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member | DATE: |
|---|---|
| BOP Contract Monitor, Mr. Christen | 7-14-05 |
| FROM: Michael Jackson | REGISTER NO: 11,373-007 |
| WORK ASSIGNMENT: Recycling | UNIT: C-1 2/7        Col-217 L |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.)

I'm requesting that you initiate in the kitchen a Common Fare diet
as stated in BOP program statement 5360.08, As I am a Sunni Muslim
the religious diet or veggie diet as it is called does not meet the
requirements of its equivalent in the BOP, the religious diet in the
BOP is infact the Common Fare diet mentioned in BOP, p.s. 5360.
as stated on page 12 the above mentioned Policy Statement the authority
for the common fare diet is in three places have minimal; BOP p
5360.08, BP-S625 053, RCI policy. This matter was directed
to the institution kitchen supervisor, and the chaplain, who both indicat
that they were unaware of it, so as the BOP representative at
I put this matter to you. For resolution

---

(Do not write below this line)

DISPOSITION:

---

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)                This form replaces BP-148.070 dated Oc
                                                    and BP-S148.070 APR 94