UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL JACKSON,

    Plaintiff,

-vs-                                              File No. 1:06-CV-00592

FEDERAL BUREAU OF PRISONS, et al.,

    Defendants.

_____/

## MOTION TO DISMISS

NOW COME the GEO Group, Inc., David Farmer, and James Brown ("Defendants"), through counsel, and pursuant to Rules 12(b)(2) and (3) of the Federal Rules of Civil Procedure, and hereby move to dismiss all actions against them for lack of personal jurisdiction and improper venue.

In support of their Motion, Defendants are filing herewith their Memorandum of Points and Authorities, and proposed Order.

    This the _____ day of May, 2006.

                                                        _____
                                                        Paul A. Kaplan (D.C. Bar No. 243394)
                                                        Womble Carlyle Sandridge & Rice, PLLC
                                                        1401 Eye Street, NW, Seventh Floor
                                                        Washington, D.C. 20005
                                                        Telephone No.: (202) 467-6900

                                                        **Attorney for Defendants the GEO Group,**
                                                       **Inc., David Farmer, and James Brown**

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on the _____ day of May, 2006, the undersigned has this date served the foregoing Motion To Dismiss in the above-captioned action upon the following parties to this cause by depositing a copy hereof in a postpaid wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service, addressed as follows:

> Michael Jackson, #11373-007
> Rivers Correctional Institution
> Post Office Box 630
> Winton, North Carolina  27986

_____
Paul A. Kaplan

2

WCSR 2351686v1