UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL JACKSON,

    Plaintiff,

-vs-                                      File No. 1:06-CV-00592

FEDERAL BUREAU OF PRISONS, et al.,

    Defendants.

_____/

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS

Plaintiff filed this *pro se* action alleging a violation of his constitutional rights. In addition to suing the Federal Bureau of Prisons and its Director, Harley Lappin, Plaintiff has also purported to sue the GEO Group, Inc., and two of its employees, David Farmer and James Brown (collectively "the GEO Defendants"). The GEO Defendants now file the present brief in support of their Motion to Dismiss pursuant to Rules 12(b)(2) and (3) of the Federal Rules of Civil Procedure.

### ARGUMENT

I.    THIS COURT LACKS PERSONAL JURISDICTION OVER THE GEO DEFENDANTS.

The GEO Defendants submit that the dismissal of all claims against them is proper based on the absence of personal jurisdiction by this Court over them. In the caption of his Complaint, Plaintiff lists all the GEO Defendants as being located in North Carolina.[1] Because the GEO Defendants do not have sufficient contacts with the District of Columbia to make them amenable

---

[1] While Defendants Farmer and Brown are in fact North Carolina residents, the GEO Group is a Florida corporation.

to suit in this Court, the GEO Defendants respectfully submit that this Court lacks personal jurisdiction over them. Furthermore, this Court is the incorrect venue for claims against the GEO Defendants.

## CONCLUSION

Based on the foregoing, the GEO Defendants respectfully request that their Motion to Dismiss be granted and that all claims against them be dismissed with prejudice.

It is this _____ day of May, 2006.

                                                _____
Paul A. Kaplan (D.C. Bar No. 243394)
Womble Carlyle Sandridge & Rice, PLLC
1401 Eye Street, NW, Seventh Floor
Washington, D.C. 20005
Telephone No.: (202) 467-6900

**Attorney for Defendants the GEO Group, Inc., David Farmer and James Brown**

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the foregoing **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS** in the above-captioned action upon the following parties to this cause by depositing a copy hereof in a postpaid wrapper in a post office or official depository under the exclusive care and custody of the United States Postal Service, addressed as follows:

ADDRESSEE(S):

Michael Jackson, #11373-007
Rivers Correctional Institution
Post Office Box 630
Winton, North Carolina 27986

This the ___ day of May, 2006.

_____
Paul A. Kaplan