UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL JACKSON,

    Plaintiff,

-vs-                                File No. 1:06-CV-00592

FEDERAL BUREAU OF PRISONS, et al.,

    Defendants.

_____/

**ORDER**

UPON CONSIDERATION of the Motion to Dismiss filed by Defendants the GEO Group, Inc., David Farmer, and James Brown, any opposition thereto, and the entire record herein, and the Court having concluded that good cause has been shown; it is hereby

ORDERED that the Motion to Dismiss is GRANTED.

Dated, this _____ day of _____, 2006.

                                                  _____
                                                  The Honorable Gladys Kessler
                                                  United States District Court Judge for the
                                                   District of Columbia