UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Michael Jackson,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil No. 06-0592 |
| | ) | |
| **Federal Bureau of Prisons, et al.** | ) | ECF |
| | ) | |
| **Defendants.** | ) | |

### PRAECIPE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney ERIC J. JANSON as counsel of record for defendants Federal Bureau of Prisons and Harley Lappin, Director, Bureau of Prisons, in the above-captioned case.

Respectfully submitted,

_____/s/_____
Eric J. Janson
Special Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-9150 (telephone)
(202) 514-8780 (facsimile)
Eric.Janson@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 17th day of May 2006, the foregoing Praecipe was sent by ECF and U.S. Mail, postage prepaid, to the following:

>Michael Jackson
>R11373-007
>Rivers Correctional Institution
>P.O. Box 630
>Winton, NC 27986

>_____/s/_____
>Eric J. Janson
>Special Assistant United States Attorney