United States District Court
For The District Of Columbia

Michael Jackson,
   Plaintiff,

    V.                                                          Civil Action# 06-0592 G.K.

Federal Bureau Of Prisons, et al.,
   Defendants

RECEIVED

MAY 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff's Opposition to Defendant's
Motion to Dismiss.

   Now comes the Plaintiff Michael Jackson 11373-007 responding to the Defendant's motion to dismiss pursuant Rule 12b (2) and (3) the Defendants claim this Court lacks jurisdiction and venue. This claim by the counsel for the Defendants is incorrect their claim of improper venue and personal jurisdiction would apply if their claim was involving North Carolina State law. However, this case involves District Of Columbia State Law and is there fore proper. The District Of Columbia State Law that this writer is emphasizing is D.C. Code 24-101 The National Capitol Revitalization and Self Government Improvement Act. this Act by Congress told the Bureau of Prisons to contract a number of D.C. Code felony Offenders to facilities <u>operated or CONTRACTED FOR BY the Bureau of Prisons</u>. It is this D.C. Code which gives the BOP, authority to assume custody of this writer and to place this writer in a, <u>CONTRACTED FACILITY</u> ran for or by The BOP. Now the defendants are and have <u>entered into a CONTRACT with the BOP based on this D.C.code 24-101.</u>(see exhibit 1) It is this Contract which is based on the D.C. Code 24-101 The National Capitol Revitalization and Self Government Improvement Act which gives this Court expressed Jurisdiction and Proper Venue over this case as well as, Federal Civil Rule 1391 (A) and (E). Which do point out the jurisdiction and venue issues. Fed. Civ Rule 1391 (E) state that where a defendant acting in an official capacity under color of legal authority or an agency of the U.S. Can be brought in <u>any judicial district in which A Defendant in the actions RESIDE</u> Now more over the Contract between the BOP and GEO.inc. which includes the, named defendants David Farmer and James Brown is given it's authority by the Revitalization Act which is a District Of Columbia Law, which means that the BOP and GEO inc. are acting under COLOR OF STATE LAW. And in fact they are both solely responsible for violating my Civil and Constitutional Rights.

---

                                     Foot-Notes
1) The contract's authority comes from the Revitalization Act of 1997 which is a D.C. Law the contract compliance state that both the BOP and GEO inc. agree to the terms set forth in the Contract. (see exhibit 1)

2) The case law which supports this is Gartrell v. Ashcroft and Fletcher V. DC where in both cases venue and jurisdiction were retained by this Court based on the Color of State Law.

3) See also exhibit 2 where the BOP acknowledge the contract.

## Conclusion

Defendant' motion to Dismiss should be denied as frivolous based on the foregoing motion by the Plaintiff and do to lack of proof and validarity.

*/s/ Michael Jackson*

Points And Authority In Support
Plaintiff's Opposition to Defendant's
Motion To Dismiss

1) Defendant's Motion To Dismiss lacks substance Rule 12b 1-2 does Not apply to Plaintiff's Action. Federal Civil Procedure Rule 1391 clearly states that as long as A Defendant resides in a judicial district an action can be filed.

2) Clearly D.C. Code 24-101 The National Capitol Revitalization and Self Government Improvement Act of 1997 is a State Law, and it is where the BOP derives it' authority over this writer from. The Revitalization Act also spells out in detail that the BOP SHALL assume the custody and Care of the D.C.Code offenders. Further the Revitalization Act states that under this Act the BOP has the authority to, use CONTRACT facilities to help maintain custody and care of the D.C.Code offender and clearly put any private company, corporation or contractor that the BOP uses to house D.C.Code offenders would have to do so using the expressed authority in The Revitalization Act. Which is a D.C. State Law.

3) The Contract that the BOP and GEO inc. agreed to makes GEO inc. Defendants agents of the BOP who is acting under Color of D.C. State Law (see Exhibit 1) And thereby brings together all the points of this Plaintiff's motion of Opposition to the Defendants motion to Dismiss.

4) The Contract in itself states that GEO inc. and The BOP agree to follow All Federal and State and Local Laws and Regulations. The Revitalization Act is a state law and it is where the Contract itself derives it's authority cleary it gives this Court proper venue and jurisdiction over all defendants on this case including GEO inc., David Farmer and James Brown who were all acting in their official capacity as employees of GEO inc. who has entered into a contract with the BOP under the Authority of the Revitalization Act.

In Conclusion; the Plaintiff moves at this time to have the Defendant's motion dismissed with prejudice.

It is this day 5-10-06

*[signature] #373-007*

# CONTRACT AWARD

| | | | | PAGE | OF | PAGES |
|---|---|---|---|---|---|---|
| | | | | 1 | | 181 |

| 1. CONTRACT NUMBER | 2. EFFECTIVE DATE | 3. SOLICITATION NUMBER | 4. REQUISITION/PROJECT NUMBER |
|---|---|---|---|
| J1PCc-005 | See Block 15c | RFP PCC-0004 | N/A |

| 5. ISSUED BY | CODE N/A | 6. ADMINISTERED BY (If other than Item 5) | CODE N/A |
|---|---|---|---|
| Federal Bureau of Prisons<br>320 First Street NW Room 500-6<br>Washington, DC 20534<br>Scott P. Stermer, Contracting Officer<br>(OMB #1103-0018 EXP 02/28/01) | | Same Block 5 | |

**ORIGINAL**

| 7. NAME AND ADDRESS OF CONTRACTOR | CODE | 8. PAYMENT WILL BE MADE BY |
|---|---|---|
| Wackenhut Corrections Corporation<br>4200 Wackenhut Drive<br>Palm Beach Gardens, FL 33410 | | Federal Bureau of Prisons<br>Mid-Atlantic Region<br>Junction Business Park<br>10010 Junction Drive, Suite 100-N<br>Annapolis Junction, MD 20701<br>Regional Comptroller |

| 9A. DUNS NUMBER | 9B. TAXPAYER'S IDENTIFICATION NO. | 10. SUBMIT INVOICES (4 copies unless otherwise specified) TO |
|---|---|---|
| 612706451 | 650043078 | [X] ITEM 5  [ ] ITEM 6  [ ] ITEM 8  [ ] OTHER (Specify) |

### 11. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | **PART I - THE SCHEDULE** | | | | **PART II - CONTRACT CLAUSES** | |
| X | A | SOLICITATION/CONTRACT FORM | | X | I | CONTRACT CLAUSES | 11 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 3 | | | **PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH.** | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 4 | X | J | LIST OF ATTACHMENTS | 96 |
| X | D | PACKAGING AND MARKING | 40 | | | **PART IV - REPRESENTATIONS AND INSTRUCTIONS** | |
| X | E | INSPECTION AND ACCEPTANCE | 1 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 4 | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 14 |
| X | G | CONTRACT ADMINISTRATION DATA | 2 | | M | EVALUATION FACTORS FOR AWARD | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 3 | | | | |

**12. BRIEF DESCRIPTION**
Contractor-Owned and Contractor-Operated correctional facility for an estimated population of 1,200 low security male District of Columbia (D.C.) sentenced felons.

| 13. TOTAL AMOUNT OF CONTRACT |
|---|
| $91,890,822.95 (FP01009T120M) |

**14. CONTRACTOR'S AGREEMENT.** Contractor agrees to furnish and deliver the items or perform services to the extent stated in this document for the consideration stated. The rights and obligations of the parties to this contract shall be subject to and governed by this document and any documents attached or incorporated by reference.

**15. AWARD.** The Government hereby accepts your offer on the solicitation identified in item 3 above as reflected in this award document. The rights and obligations of the parties to this contract shall be subject to and governed by this document and any documents attached or incorporated by reference.

[X] A. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN FOUR COPIES TO THE ISSUING OFFICE. (Check if applicable)

| B. SIGNATURE OF PERSON AUTHORIZED TO SIGN | A. UNITED STATES OF AMERICA (Signature of Contracting Officer) |
|---|---|
| *[signature]* | *[signature]* |
| C. NAME OF SIGNER | B. NAME OF CONTRACTING OFFICER |
| Wayne H. Calabrese | Scott P. Stermer, Contracting Officer |
| L. TITLE OF SIGNER | |
| President | |
| DATE | C. DATE |
| 2/22/2000 | 3/7/2000 |

AUTHORIZED FOR LOCAL REPRODUCTION

OPTIONAL FORM 307 (9-97)
Prescribed by GSA - FAR (48 CFR) 53.215-1(c)

*Handwritten annotations:*
Exhibit 1
See ~~second~~ next page highlighted
Section #1
See also other sites on page five

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1  I.   INTRODUCTION

2  The National Capital Revitalization and Self-Government
3  Improvement Act of 1997 mandates that the Bureau of Prisons house
4  a portion of the District of Columbia sentenced felon population
5  in private contract facilities.

6  The Bureau of Prisons has proceeded to comply with this mandate
7  by identifying the appropriate populations to fulfill the
8  requirement from the overall District of Columbia sentenced felon
9  population.

10 The attached SOW identifies the technical and programmatic
11 details for a low security adult male population.

1  II. EXPLANATION OF STATEMENT OF WORK TERMS

2  ACA - American Correctional Association. The private, nonprofit
3  organization that administers the only national accreditation
4  program for all components of adult and juvenile corrections.
5  Its purpose is to promote improvement in the management of
6  correctional agencies through the administration of a voluntary
7  accreditation program and the ongoing development and revision of
8  relevant, useful standards.

9  BOP - Federal Bureau of Prisons.

10  BOPDOCS - The electronic document management system for the BOP
11  containing policy, regulations and directives.

12  CO - Contracting Officer. The Government employee, by virtue of
13  a Contracting Officer's Warrant, empowered to negotiate, award,
14  administer, cancel or terminate contracts on behalf of the United
15  States Government.

16  Contract Award - The date the CO awards the contract. For the
17  purposes of the contract, the date the CO signs the Standard Form
18  (SF) 33, Solicitation, Offer and Award or the SF 26, Contract
19  Award.

20  COR - Contracting Officer's Representative. The Government
21  employee designated in writing by the CO authorized to perform
22  certain limited functions on behalf of the CO. The extent of COR
23  responsibilities are outlined in Section G of the contract and
24  the COR Designation Letter, a copy of which will be provided to
25  the contractor subsequent to contract award.

26  COTR - Contracting Officer's Technical Representative.
27  Government staff designated in writing by the CO who assist the
28  COR in the performance of duties. The extent of COTR
29  responsibilities are delineated in writing by the CO and will be
30  provided to the contractor subsequent to award.

31  Credentials - Documents providing primary source verification
32  including education, training, licensure, experience, board
33  certification and qualifications of an employee.

34  DC - District of Columbia.

35  DCDOC - District of Columbia Department of Corrections.

2

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1  DOJ - Department of Justice.

2  DHO - Discipline Hearing Officer. The Government-trained
3  contractor employee responsible for conducting discipline
4  hearings.

5  Emergency - Any significant disruption of normal institution
6  procedure, policy or activity including but not limited to:
7  inmate disturbances; work or food strike; food borne illness;
8  escape; fire; natural disaster; or other serious incident.

9  FBI - Federal Bureau of Investigation.

10  Former Inmate - A person who has been found guilty of committing
11  a felony or misdemeanor for whom less then one year has elapsed
12  since release from custody or any type of supervision.

13  HSU - Health Services Unit. The organizational unit providing
14  routine and emergency health care. The HSU is the designated
15  part of the institution delivering care to inmates on an
16  ambulatory or observation basis.

17  Inmate - An individual confined under the auspices and authority
18  of the BOP or under supervision of a Federal court.

19  Inmate Records - Information concerning an inmate's personal,
20  criminal and medical history, behavior and activities while in
21  custody. This may include, but is not limited to: detainers;
22  personal property receipts; visitor lists; photographs;
23  fingerprints; disciplinary infractions and actions taken;
24  grievance reports; work assignments; program participation;
25  miscellaneous correspondence; forms prescribed by Government
26  policy, etc.

27  JCAHO - Joint Commission on Accreditation of Health Care
28  Organizations.

29  Lethal Force - The force a person uses with the purpose of
30  causing/or which they know, or should know, would create a
31  substantial risk of causing death or serious bodily harm.

32  NTP - Notice to Proceed. The written official notice signed by
33  the CO which authorizes the contractor to proceed with the
34  contract. The contractor shall begin accepting inmates within 30
35  days after issuance of the NTP.

3

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

OAR - Operational Availability Rate. The monthly rate for computer services/resource components which is a percentage calculated by dividing the accumulated monthly down time hours by the total number of hours of operation for a given month.

Prime Contractor - The entity to which the Government has awarded the contract.

Professional Staff - Staff employed in the Medical, Educational, Religious and Psychological disciplines.

P.S. - Program Statement. A BOP written directive that establishes policy in a given area.

Safety Equipment - Including but not limited to fire fighting equipment (e.g., chemical extinguishers, hoses, nozzles, water supplies, alarm systems, portable breathing devices, gas masks, fans, first aid kits, stretchers) and alarm systems.

Sensitive Information - Any information which could affect the national interest, law enforcement activities, the conduct of Federal programs or the privacy to which individuals are entitled under Section 552a of Title 5, U.S.C.

SENTRY - The BOP's on-line, real time data base system, used primarily for maintaining information about Federal inmates. It contains information about sentencing, work assignments, admission/release status and other special assignments for monitoring inmate status. The SENTRY system also includes property management and other modules which address most aspects of incarceration.

Subcontract - Any agreement entered into by the prime contractor with another entity to provide services and supplies to accomplish performance of the contract.

USMS - United States Marshals Service.

Warden - The contractor's official, regardless of title (e.g., Chief Executive Officer (CEO) or Facility Administrator) who has ultimate responsibility for the overall management and operation of the institution.

Additional definitions are contained in the ACA Standards for Adult Correctional Institutions.

4

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

### III. OBJECTIVE

#### A. Performance Requirements

This SOW sets forth the contract performance requirements for the comprehensive management and operation of a contractor-owned/contractor-operated corrections facility for a low security adult male population.

Housing facilities shall be provided to accommodate at least 1,200 low security beds at a single site. In addition, the institution shall include a special housing unit (segregation) with a capacity of at least 10% of the institution's rated capacity.

The contractor shall ensure that the institution is operated in a manner consistent with the mission of the BOP. It is the mission of the BOP to protect society by confining offenders in the controlled environments of prison and community-based facilities that are safe, humane, cost-efficient, and appropriately secure, and that provide work and other self-improvement opportunities to assist offenders in becoming law-abiding citizens.

The institution shall be located within a 300 mile radius of the United States Capitol, Washington, D.C.

Contract performance shall be for a three-year base period with 7 one-year options, exercised unilaterally by the Government, for a potential term of ten years.

Within 365 days following contract award, the contractor shall notify the CO it is ready to accept inmates and assume full responsibility for the operation, maintenance and security of the institution.

It is essential that the contractor be fully prepared to accept responsibility for performing the requirements of the contract, thus ensuring the safety and security of the community. Therefore, the BOP will perform numerous assessments to ensure contract compliance prior to issuance of the NTP (See Contract F.2).

Unless otherwise specified, all plans, policies and procedures, including those identified in the ACA standards, shall be developed by the contractor and submitted in writing to the CO

5

**U.S. Department of Justice**

Federal Bureau of Prisons

---

Washington, DC 20534

October 24, 2005

The Honorable Eleanor Holmes Norton
Member, U.S. House of Representatives
529 14th Street, NW, Suite 900
Washington, DC 20045-1928

RE:

Dear Congresswoman Norton:

    We are in receipt of your correspondence to the Federal Bureau of Prisons (BOP) regarding the above referenced inmate. The inmate is confined at the Rivers Correctional Institution (RCI), a contractor-owned and operated facility located in Winton, North Carolina.

    The BOP has a contract with The GEO Group, Inc. (GEO), formerly Wackenhut Corrections Corporation, for the management and operation of this low security institution housing male inmates. GEO is responsible for providing all services in accordance with the contract, which requires compliance with American Correctional Association and Joint Commission on Accreditation of Healthcare Organization standards, in addition to applicable federal, state and local laws. The BOP conducts contract compliance audits using staff who are on-site, in addition to a monitoring team stationed in our Central Office.

    We believe RCI is in the best position to provide you information regarding your request. In order to be responsive, I have forwarded your correspondence to the RCI warden at the following address, who will respond to your inquiry.

    George Snyder, Warden
    PO Box 840
    Winton, North Carolina 27986
    (252) 358-5200

    I trust this information has been of assistance.

Sincerely,

John M. Vanyur
Assistant Director

*[handwritten: Exhibit (2) see highlighted lines]*