United States District Court
For The District Of Columbia

Michael Jackson

**Plaintiff**

     v.

Civil Action#  1:06-0592 G.K.

Federal Bureau Of Prisons,et al.,

**Defendants**

Motion to Amend Opposition to Dismiss by Defendants

   Under Fed Civ. Rule 15 (a) the Plaintiff moves to request of the Court, permission to amend Plaintiff's Opposition Motion to Defendants motion to dismiss.

*Michael Jackson*

**RECEIVED**

MAY 2 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT