Amendment #1
To The Plaintiff's Opposition To
Defendant's Motion To Dismiss

   The Plaintiff asserts in this amendment the following as further and clearer information, for the Court to retain both <u>venue and jurisdiction</u> in this action

1) The National Capitol Revitalization Act of 1997 is what gives the BOP authority to; one assume both custody and care (general welfare) of the Plaintiff.

2) The National Capitol Revitalization Act of 1997 is where the BOP is given both directive by Congress and offered a remedy to the directive by Congress. The directive is; By Dec. 2001 to have Lorton close and to either place all felons serving time for D.C.Code offenses in a BOP facility or in a CONTRACT FACILITY <u>ran for or by the BOP</u>. It is this line of D.C.Code 24-101 The National Capitol Revitalization Act that this Plaintiff <u>strongly asserts.</u> It is this statement that Congress gave expressed authority to the BOP to Contract D.C.Code offenders to Private Contract facilities that are operate for the BOP.

3) Now having established this the BOP had it's mission and authority laid before it, the BOP sought to carry out Congress' orders. The Plaintiff now points the, Courts attention to the actions of the BOP. The BOP began contracting D.C.Code offenders to Contract facilities. Rivers Correctional Institution is a BOP contract facility <u>owned and operated by the GEO inc. Defendant's.</u>

4) In short the BOP ~~and~~ signed a contract with the GEO Defendants to hold atleast 1200 D.C. felons and the BOP set forth the standards in said contract.(see footnote #1) It is this Contract itself that binds the GEO Defendants to the Revitalization Act. (see exhibit #1 from Plaintiff's Opposition Motion) The Contract, statement of works Mandates compliance with D.C.Code 24-101 The National Capitol Revialization Act. Once the GEO Defendants signed the Contract they became angents of the BOP who are acting under color of D.C. Law. Now the Fed. Civ. Rule 1391 -(E) states clearly if the above mentioned action occurs ( meaning any U.S agency who is acting under official authority gives that authority to another as in acting as an agent under the agency it is the judicial district of any of the defendants that the Court recognizes for both venue and jurisdiction for an Action.

   Clearly it was Congress who gave the BOP official authority over this Plaintiff and it was the BOP who acting under this authority, did offer and agree to then signed a contract with the GEO defendants. Now the GEO. inc. Defendants willing accepted the offered contract and agreed to follow it's standards and proof of this is they signed it.

5) The two set of defendants are both <u>binded</u> to the D.C. Revitalization Act, the BOP by order of Congress and GEO inc. <u>by the</u> contract that both parties signed, and agreed to follow.

---

Foot-Notes #1
In both of the Plaintiff's foregoing actions there were various exhibits in those exhibits are seven pages total of the existing contract between the BOP and GEO. These are the exhibits mentioned in this Amendment, the Plaintiff ppoints the, Court's Attention to those pages as they are the necessary evidences to support the Plaintiff's complaint and opposition motion.

(1)

RECEIVED
MAY 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

Summery;

It is the attempt of the GEO defendants to escape prosecution for their actions by pleading lack of jurisdiction however, the Court should find such an attempt, futile based on the evidences throughout the Plaintiff's actions against both set of defendants. Further The National Capitol Revitalization Act and the Contract between both set of defendants (the BOP & GEO) go hand in hand as evidence. So it is with that, that the Plaintiff moves to have the GEO defendants motion to Dismiss DISMISSED WITH PREJUDICE.

Sworn to and Subscribed before me this 15th day of May, 2006
Witness my hand and official seal.
Patricia A. Holler, Notary Public
My Commission Expires 10-3-09

(2)