The United States District Court
For The District of Columbia

Plaintiff,
Michael Jackson

vs.

file # 1:06-CV-00592
G.K.

Federal Bureau of Prisons, et, al,.

Request for Sur-Reply to defendant's Reply Brief

It is at this time that the Plaintiff request to offer a Sur-Reply to the Defendant's Reply Brief. As it is they the GEO Defendant's attorney bring in new evidences to support their motion to dismiss. The Plaintiff request at this time permission to respond to the Defendant's Brief.

Respefully Submitted,
Michael Jackson
5-31-06

RECEIVED
JUN - 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT