United States District Court
For the District Of Columbia

<u>Plaintiff</u>
Michael Jackson

   vs.                                  file # 1:06-CV-00592 G.K.

Federal Bureau of Prisons,et,al,.
<u>Defendants</u>

                    Sur-Reply to Defendants Brief

   The defendant's attorney points to this writer's use of the Fed Civ. Rule 1391(e) and it states that additional persons <u>MAY BE JOINED</u> which is the issue that he, ignored because it at the discretion of the Court to join a party to an action. Also the personal jurisdiction issue inquiry is clearly the matter at hand as it is the jurisdiction of this Court that the defendants are trying to avoid, but because of the nature of the <u>CONTRACT</u> as it is tied into D.C. Law it gives this Court proper jurisdiction over the defendants in this action.(see Gartrell v. Ashcroft) In that case this Court exercised It's authority to keep jurisdiction to rule over a case where the events ocurried in Virginia.

   The defendants mention the writer's contract exhibits stating that they don't see how the exhibits from the contract help to show how they give jurisdiction. Clearly the defendants are not looking at the writer's exhibits carefully because plain enough the exhibit states that the <u>CONTRACT</u> itself binds the defendants to D.C. Law (see DC.code 24-101) and (see Plaintiff's exhibit included with amendment motion) also this writer is not a Federal Prisoner but is a D.C. prisoner in the custody and care of the BOP.

   Now while the GEO defendants don't live in D.C. they do however do bussiness there the BOP is headquartered there in Washington,D.C. GEO does bussiness with them, so it gives light to the <u>LONG ARM STATUE DC CODE 13-423.</u>

   Again it is the attempts of the defendants to avoid this Court's jurisdiction that prime this Plaintiff to show how their claim of lack of jurisdiction is with out merritt. And their motion should be <u>DISMISSED</u> with <u>PREJUDICE</u>.

                                              Respectfully Submitted,
                                               Michael Jackson  5-31-06
                                               Plaintiff