UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL JACKSON, :
:
        Plaintiff, :
:
        v. : Civil Action No. 06-592 (GK)
:
FEDERAL BUREAU OF PRISONS, :
*et al.*, :
:
        Defendants. :

## ORDER

Upon consideration of Plaintiff's Motion to file a surreply to Defendants' Reply Brief, it is this 13th day of June, 2006, hereby

**ORDERED**, that Plaintiff's Motion is **granted**; and it is further

**ORDERED**, that Plaintiff shall have up to and including **July 1, 2006**, in which to file his surreply.

                        /s/
                        Gladys Kessler
                        United States District Judge

**Copies via ECF to counsel of record**

and to

Michael Jackson
R11373-007
Rivers Correctional Institution
P.O. Box 630
Winton, NC 27986