The United States District Court
For The District Of Columbia

Michael Jackson,
    Plaintiff,

vs.                                            Civil Action# 06-592 (G.K.)

Federal Bureau Of Prisons,et,al,.
                Defendants,

[Motion Of Surreply to Defendant's Motion to Dismiss]

Argument;
   The Defendants have stated in their motion to dismiss three issues;1)this Court lacks jurisdiction over them,2)they site the District's Long Arm Statue,3) and they close their argument with the Robinson case in which this Court denied the plaintiff's action based on lack of jurisdiction.

1)   First issue [Lack of Jurisdiction] If the Court will direct it's attention to the (contract exhibits) that are attached to this motion specifically page 7 lines 1-4. They read (**the contractor shall comply with and implement any applicable changes to BOP policy, DOJ regulations, Congressional Mandates, Federal Laws, and D.C.LAWS**. These are lines 1-4 on page 7 the key phrase is <u>**shall compy with and implement D.C.LAWS**</u>. This statement clearly says they are to follow D.C. laws, this means they are under the District's jurisdiction why else would the language of the contract specifically point out they must follow D.C.Laws. To further show my point when two parties enter into a contract and agree to the terms set forward in the contract the **must abide by those terms**. Also may I again direct the Court's attention to the authority of the contract itself and that, being The D.C. Revitalization Act again a **D.C. Law**. [see D.C.Code 24-101 (b),(c)]

2)   Second issue [D.C. Long Arm Statue] it is needless to say that the contract clearly states the applicability of D.C. laws(see attached exhibits page 7 lines 1-4). Now if the Court will turn it's attention to the Long Arm statue note (16) it states **transacting business** in general and this has to do with <u>**Do Process**</u>, and the court found that where contacts were regular this was enough to establish, that **Do Process** was satisfied under (D.C. Code 13-334 note #2) also to prove, this further the GEO defendants are in regular contract with the BOP in D.C. and that is who they are "**doing business**" with <u>in the District of Columbia.</u> (see **D.C. Code 13-423 note#23**) in **Dooley vs. United Technologies Corp., 1992, 786 F. Supp. 65. Fed. Court key 1041**. The Court found that telephone calls and mailing constitutes [**transacting business**] under the Long Arm Statue. This is consistant with the **Do Process** mentioned in (D.C, Code 13-334). The GEO Defendants have a standing contract that demands compliancy reports and regular contact with the BOP they have a BOP representative here at Rivers Corr. Inst. who is in constant contact with the main office in D.C. The Long Arm Statue's **do process** is satisfied through the contact that both set of defendants have continuously. Moreover the contract itself would satisfy the standard necessary for the Long Arm Statue.

RECEIVED
JUN 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2) Further the GEO Defendants are in everyday contact with the District of Columbia if the Court will turn it's attention to the contract page 7 lines 7-9. They state " the BOP reserves its' right to conduct inspections of any aspect of the contract performance at any time and **by any method** in order to assess contract's compliance [see exhibit 2] This includes; phone calls, written reports, letters, and general correspondence. This shows clearly that when the defendant's attorney stated that his clients do not have sufficient contacts with the District of Columbia he was in error. After review of exhibit 2 it is clear that the GEO defendants are in constant contact with the BOP central office in the District of Columbia and once again, let the Court turn its attention to the contract award page block 5,6 and 14. Note [ **the defendants do NOT challenge the authority of the contract itself or that it is governed by the D.C. Revitalization Act, nor do they deny the acts that bought this action out to the attention of this Court.**]

3) This issue the Robinson case, it appears that Robinson failed to establish, proof to satisfy the prong test for the Long Arm Statue's **Do Process**. However I have not only established a direct link between the two sets of defendants and that they are transacting business but have also provided this Court with evidence for jurisdiction by using the Long Arm statue [**transacting business and Doing-business**]. **The defendants have failed to provide the Court other than the GEO-defendants don't physically reside in D.C. which does not excuse them or grant them immunity.**

**Conclusion;**

This Court has been provided with more than enough evidences to assume authority over the GEO defendants, to further this writer's point the GEO defendants signed and agreed to the contract and it demands they must comply with D.C. law. And this Plaintiff states it is reasonable to infer that the only way that D.C. law would apply is because one has to be under District of Columbia's jurisdiction. The plaintiff moves at this time to have the defendants motion to dismiss Dimissed with prejudice

Respectfully Submitted

*Michael Jacksen*
6-20-06

# CONTRACT AWARD

| | PAGE | OF | PAGES |
|---|---|---|---|
| | 1 | | 181 |

| 1. CONTRACT NUMBER | 2. EFFECTIVE DATE | 3. SOLICITATION NUMBER | 4. REQUISITION/PROJECT NUMBER |
|---|---|---|---|
| J1PCc-008 | See Block 15c | RFP PCC-0004 | N/A |

| 5. ISSUED BY | CODE N/A | 6. ADMINISTERED BY (If other than Item 5) | CODE N/A |
|---|---|---|---|
| Federal Bureau of Prisons<br>320 First Street NW Room 500-6<br>Washington, DC 20534<br>Scott P. Stermer, Contracting Officer<br>(OMB #1103-0018 EXP 02/28/01) | | Same Block 5 | |

**ORIGINAL**

| 7. NAME AND ADDRESS OF CONTRACTOR | CODE | 8. PAYMENT WILL BE MADE BY |
|---|---|---|
| Wackenhut Corrections Corporation<br>4200 Wackenhut Drive<br>Palm Beach Gardens, FL 33410 | | Federal Bureau of Prisons<br>Mid-Atlantic Region<br>Junction Business Park<br>10010 Junction Drive, Suite 100-N<br>Annapolis Junction, MD 20701<br>Regional Comptroller |

| 9A. DUNS NUMBER | 9B. TAXPAYER'S IDENTIFICATION NO. | 10. SUBMIT INVOICES (4 copies unless otherwise specified) TO |
|---|---|---|
| (b)(4) | (b)(4) | [X] ITEM 5  [ ] ITEM 6  [ ] ITEM 8  [ ] OTHER (Specify) |

## 11. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 3 | X | I | CONTRACT CLAUSES | 11 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 4 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 40 | X | J | LIST OF ATTACHMENTS | 96 |
| X | D | PACKAGING AND MARKING | 1 | | | | |
| X | E | INSPECTION AND ACCEPTANCE | 4 | | | | |
| X | F | DELIVERIES OR PERFORMANCE | 2 | X | | | 14 |
| X | G | CONTRACT ADMINISTRATION DATA | 3 | | | | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 3 | | | | |

**12. BRIEF DESCRIPTION**
Contractor-Owned and Contractor-Operated correctional facility for a[ll District] of Columbia (D.C.) sentenced felons.

*[Handwritten annotation: "The Highlighted section shows who the contract is with and who administered it see blocks 5 and 6   Contract exhibit   Central office see exhibit (2)"]*

**13. TOTAL AMOUNT OF CONTRACT** ▶

**14. CONTRACTOR'S AGREEMENT.** Contractor agrees to furnish and deliver the items or perform services to the extent stated in this document for the consideration stated. The rights and obligations of the parties to this contract shall be subject to and governed by this document and any documents attached or incorporated by reference.

**15. A**[WARD]... on the solicitation identified in item 3 above as reflected in this award document. The rights and obligations of the parties to this contract shall be subject to and governed by this document and any documents attached or incorporated by reference.

[X] A. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN FOUR COPIES TO THE ISSUING OFFICE. (Check if applicable)

| B. SIGNATURE OF PERSON AUTHORIZED TO SIGN | A. UNITED STATES OF AMERICA (Signature of Contracting Officer) |
|---|---|
| *[signature]* | *[signature]* |
| C. NAME OF SIGNER<br>Wayne H. Calabrese | B. NAME OF CONTRACTING OFFICER<br>Scott P. Stermer, Contracting Officer |
| D. TITLE OF SIGNER<br>President | |
| E. DATE<br>2/22/2000 | C. DATE<br>3/7/2000 |

AUTHORIZED FOR LOCAL REPRODUCTION

OPTIONAL FORM 307 (9-97)
Prescribed by GSA - FAR (48 CFR) 53.215-1(e)

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1  for review and concurrence prior to issuance of the NTP.  Once
2  concurrence has been granted, these plans, policies and
3  procedures shall not be modified without the prior written
4  acknowledgment of the CO.

5  If the BOP determines the contractor is capable of accepting
6  inmates, the NTP will be issued.  The contractor shall begin
7  accepting inmates within 30 days after issuance of the NTP.

8   It is anticipated that the BOP will predominantly designate
9   individuals committed as DC sentenced felons to the institution.
10  However, the BOP may designate any inmate within its custody
11  utilizing the same designation criteria as used at other BOP
12  facilities.  P.S. 5100.06, Security Designation and Custody
13  Classification Manual, outlines the procedures for designating
14  inmates

[handwritten annotation: "The lines 8-9 show primary that DC inmates are sent here."]

15  Designa...                                    ...ticipated to occur at an
16  estimat...                                    . The estimated weekly
17  designa...                                    ...itution will result in the
18  populat...                                    ...irement in 30 weeks.  The
19  institi...                                    ...0 inmates per week is an
20  estimat...                                    ...ill depend upon many
21  factor...                                     , the contractor's ability
22  to pro...                                     h the SOW; the sentencing of
23  offend...                                     s; the designation of
24  offend...

[handwritten annotation: "Lines 32-38 begin the Contract's compliancy"]

25  Unless...                                    ...ractor shall furnish all
26  person...                                    ...pplies and services necessary
27  for pe...                                    ...e contract.

[handwritten annotations: "Contract Exhibit" and "Exhibit A"]

28  Unless explicitly ......                      the contractor is responsible
29  for all costs associated with and incurred as part of providing
30  the services outlined in this contract.

31  B.  Contract Compliance

32  All services and programs shall comply with the SOW; the U.S.
33  Constitution; all applicable Federal, state and local laws and
34  regulations; applicable Presidential Executive Orders (E.O.); all
35  applicable case law, consent decrees, and Court Orders.  Should a
36  conflict exist between any of the aforementioned standards, the
37  most stringent shall apply.  When a conflict exists and a
38  conclusion cannot be made as to which standard is more stringent,

*DISTRICT OF COLUMBIA SENTENCED FELON - Phase II - STATEMENT OF WORK*
*Request for Proposal PCC-0004*

1  the CO shall determine the appropriate standard.  The contractor
2  shall comply with and implement any applicable changes to BOP
3  policy, DOJ regulations, Congressional mandate, Federal law, DC
4  law, or E.O.  Should the Government invoke such changes the
5  contractor retains its rights and remedies under the terms and
6  conditions of the contract.

7  The BOP reserves its rights to conduct announced and unannounced
8  inspections of any aspect of contract performance at any time and
9  by any method in order to assess contract compliance.

10

11  [handwritten: Lines 1-4 point out]            the CO, the contractor is required
12  [handwritten: what this writer stated]         the most current edition of the ACA
13                                                 nal Institutions and Standards
14  [handwritten: in his argument in the]

15  [handwritten: First issue   Lines 7-9]        CA accreditation within 24 months of
16                                                 ual compliance with the above
17  [handwritten: shows the BoP rights]            supple
18  [handwritten: to come and inspect based]       e spec  [handwritten: lines 32-37]
19  [handwritten: contract on the contract's]      ed, th
20  [handwritten: compliance]                      the 1   [handwritten: show the computer system]
21  [handwritten: Exhibit of]                      Fail    [handwritten: are connected]
22  [handwritten: to simply call]                  d to o
23  [handwritten: the contractor sub- and/or have  inimum
24   submitted a report]

[handwritten: Exhibit B]

25  Accomplishment of some ACA standard
26  and/or procedure.  In these instanc
27  provides direction for the enhanced

28  The contractor is responsible for a
29  which ensures all requirements of t
30  specific requirements for the QCP a
31  Attachments 2, 3, and 4 of the contract.

32  Several sections of this SOW require the contractor to maintain a
33  system of records identical to the BOP's.  The contractor shall
34  not establish a separate system of records without prior written
35  concurrence by the CO.  This requirement is necessary to maintain
36  consistency of inmate records as inmates transfer throughout the
37  BOP.



U.S. Department of Justice

Federal Bureau of Prisons

---

Washington, DC 20534

October 24, 2005

The Honorable Eleanor Holmes Norton
Member, U.S. House of Representatives
529 14th Street, NW, Suite 900
Washington, DC 20045-1928

RE:

Dear Congresswoman Norton:

    We are in receipt of your correspondence to the Federal Bureau of Prisons (BOP) regarding the above referenced inmate. The inmate is confined at the Rivers Correctional Institution (RCI), a contractor-owned and operated facility located in Winton, North Carolina.

    The BOP has a contract with The GEO Group, Inc. (GEO), formerly Wackenhut Corrections Corporation, for the management and operation of this low security institution housing male inmates. GEO is responsible for providing all services in accordance with the contract, which requires compliance with American Correctional Association and Joint Commission on Accreditation of Healthcare Organization standards, in addition to applicable federal, state and local laws. The BOP conducts contract compliance audits using staff who are on-site, in addition to a monitoring team stationed in our Central Office.

    We believe RCI is in the best position to provide you information regarding your request. In order to be responsive, I have forwarded your correspondence to the RCI warden at the following address, who will respond to your inquiry.

        George Snyder, Warden
        PO Box 840
        Winton, North Carolina 27986
        (252) 358-5200

    I trust this information has been of



Since

John
Assis