UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL JACKSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-592 (GK) |
| | ) |
| FEDERAL BUREAU OF PRISONS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Defendants Federal Bureau of Prisons and Harley Lappin have filed a motion to dismiss or, in the alternative, to transfer venue. Plaintiff is proceeding *pro se*. The Court will rule on Defendants' motion taking into consideration the facts proffered by plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case.

If Plaintiff fails to respond to this motion, the Court may assume that the motion is conceded and may grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is

**ORDERED** that Plaintiff shall respond to the Defendants' motion by **August 5, 2006**.

/s/
GLADYS KESSLER
United States District Judge

DATE:    July 5, 2006