United States District Court
The District Of Columbia

Michael Jackson,
    Plaintiff.,

    vs.	Civ. Action # 06-0592 (G.K)

Federal Bureau Of Prisons, et al.,
    Defendants,

[ Plaintiff's Motion For Jurisdictional Discovery]

Now comes the Plaintitiff pursuant to Fed Civ. Rule 26 (b) 1 request **discovery, to prove jurisdiction** in Plaintiff's actions against both set of Defendants involved. In support of Plaintiff's motion Plaintiff submits the following memora-ndum of point and authorities.

**RECEIVED**

AUG 2   2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully Submitted,

*Michael Jackson*
#1373-007

My Commission Expires
March 26, 2011
7-24-2006

(1)

## Memorandum Of Points and Authorities

The Plaintiff introduces as statement of fact the following;

1) **The Defendants (GEO Group Def.) are in <u>constant contact</u> with the District in a, number of ways;** a) directly with BOP monitor team, b) with D.C. Court Services, and c) with Court Service offenders Supervison Agency, The Social Security Agency, and The Federal Bureau of Investigations and other Department of Justice agencies. All of whom are officed in the District of Columbia.

2) **The Defendants (BOP Def.) are officed in the District Of Columbia as well as has contact with other District offices and agencies.**

The BOP act as a liaison for the **(GEO Def.)** with a number of agencies in the, District.(note see the above agencies)  The District office is the BOP's central office and principal place of business.

3) **The Court should grant Plantiff's motion for jurisdictional discovery because, the facts that the Court will find are relevant to the Plaintiff's case to eastablish jurisdiction over both set of defendants.**

1) Not to be left out the **(GEO Def.)** also have contact with D.C. Jail when they (GEO) transport prisoners from the jail to Rivers in Winton N.C. pursuant to the contract with the BOP (se contract # J1PCc-005) that is governed by **D.C. Code 24-101**

2) Both set of Defendants are <u>transacting business</u> in the District of Columbia, and the discovery will bring out that fact.

Respectfully Submitted,

*Michael Jackson*
11323-007

*[signature]*
My Commission Expires
March 26, 20(?)
7-24-2006