# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MICHAEL JACKSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 06-592 (GK)** |
| | ) | |
| **FEDERAL BUREAU OF PRISONS,** **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

In accordance with the Memorandum Opinion issued this 22nd day of August, 2006, it is

ORDERED that Defendants Federal Bureau of Prisons and Harley Lappin's motion to dismiss [19] is GRANTED.  It is

FURTHER ORDERED that Defendants Geo Group, Inc., David Farmer, and James Brown's motion to dismiss [5] is DENIED.  It is

FURTHER ORDERED that Plaintiff's motion for jurisdictional discovery [24] is DENIED.

FURTHER ORDERED that the cause of action against Defendants Geo Group, Inc., David Farmer, and James Brown is TRANSFERRED to the Eastern District of North Carolina.

/s/
GLADYS KESSLER
United States District Judge