United States District Court
For The District Of Columbia

Michael Jackson
    Plaintiff.,

vs.

Federal Bureau Of Prisons, et al.,     civil action-#06-0592
    Defendants                                (G.K.)

Motion For Surreply to Defendant's Reply to
Plaintiff's Opposition Motion

Now comes the Plaintiff Michael Jackson 11373-007 requesting permission to respond to the Defendant's <u>reply</u> to Plaintiff's opposition Motion.

RECEIVED

AUG 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Respectfully Submitted,

*[signature]*
11378-002

*[signature]*
My Commission Exp.
March 26, 2011

(1)   8-15-06

United States District Court
For The District Of Columbia

Michael Jackson
    Plaintiff.,

vs.                                                                 Civil Action# 06-0592 G.K

Federal Bureau Of Prisons, et al.,
    Defendants

[Motion Of Surreply To Defendant's Reply]

   Now comes the Plaintiff replying to the Defendant's response to Plaintiff's, opposition motion. The Plaintiff asserts the following; 1) the Defendants ignored Plaintiff's concession on the issue of monetary damages, 2) Defendants have ignored Plaintiff's response on the transfer of venue issue, 3) Defendants have failed to address Plaintiff's claim. In support of this motion Plaintiff submits the following memorandum of Point and Authorities.

Respectfully Submitted,

*Michael Jackson*
11373-007

(2) *[signature/notary]*
March 26, 2011
8-16-06

Memorandum Of Points and Authorities

1) Plaintiff asserts that Defendants ignored his response on the issue of Sovereign immunity, Plaintiff clearly surrendered on the issue of seeking monetary damages, against the BOP. And requested a form of injunctive relief in the form of a transfer to a BOP low where Plaintiff could practice his religion (Islam) in less restrictive means. (see sec.# 7 of Plaintiff's opposition motion)

2) Defendants claim that the Plaintiff's assertion of a Constitutional Claim is, (new), if the Court will reflect the Plaintiff's intial complaint, it was clear mention of the facts 1) the BOP Defendants failed to provide <u>care</u> as stated in 24-101, 2) RLIPA is designed to protect prisoner's Constitutional Rights to "free exercise of religion" as guranteed by law. And that the BOP Defendants denial of Plaintiff' request and grievances did violate Plaintiff's right to free exercise as the BOP Defendants are Plaintiff' (p)roper custodian.

3) Defendants failed to address the Plaintiff's complaint the issue that the Plaintiff raised was never addressed. The Defendants do not deny that there is a violation nor do they deny being Plaintiff's custodian, thereby acknowledging it is their responsibilty to hear and remedy all complaints by the Plaintiff. Further they are bound by a contract and D.C. Code 24-101 to insure Plaintiff's rights, are protected.

4) Defendants in their response does not address the issue of being used as an instrumentality and are acting under D.C. Code and that the RLIPA does apply to the BOP under these circumstances. (see sec.#8 of Plaintiff's opposition motion)

5) Defendants claim the Court should exercise it's authority to transfer venue, in this case, however the Plaintiff has gone through lengths to establish this Court's authority over the all defendants in this case. Also this Court is the, proper setting and jurisdiction for such a case. As all witnesses can be summoned and all parties (Plaintiff/Defendants) are set in this Court a transfer of venue will be time consuming, and this Court is already well aquainted with the facts of this case and is already set to rule on this matter. Further this Court is both proper venue and jurisdiction for this matter, along with the Defendants requ-est is a stalling tactic. [see Gartrell v. Ashcroft 191 Fed. Supp. 2d p23] This case was cited to show the Court although actions, and those involved were outside the District if the District was correct jurisdiction the case was heard and decided there.

(3)

Respectfully Submitted,

*[signature]* Michael Jackson
11373-002

*[notary signature and seal]*
My Comm... Expia...
March 26, 2010

8-16-2006

(4)